IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00373-RPM
 (Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED POLICY NO. 0150;
VALLEY FORGE INSURANCE COMPANY, a Pennsylvania insurance company;
ZURICH AMERICAN INSURANCE COMPANY, successor in interest to Zurich Insurance Company (U.S. Branch),

       Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
SOLOMON HEALTH MANAGEMENT, LLC d/b/a SOLOMON HEALTH SERVICES, LLC;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG;
V. ROBERT SALAZAR; and
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. 0150,

       Defendants.

_____

ORDER FOR CONSOLIDATION AND FOR FURTHER PROCEEDINGS
_____

Pursuant to the hearing held on June 23, 2005, on the defendants' motion to consolidate civil actions and supplemental motion filed in Civil Action 05-cv-00373-RPM seeking consolidation with Civil Action 05-cv-00374-EWN-MJW and Civil Action Action 05-cv-00835-WDM-MJW with counsel for all parties appearing and the Court having heard from counsel and having made oral findings supporting consolidation

under Fed.R.Civ.P. 42(a) it is now

ORDERED that these civil actions are consolidated and will proceed under the above caption and it is

FURTHER ORDERED that the defendants shall have to and including July 18, 2005, within which to respond to the motion for summary judgment filed by Valley Forge Insurance Company in 05-cv-00374 on June 3, 2005, and it is

FURTHER ORDERED that the order of reference to Magistrate Judge Watanabe in 05-cv-00374 is vacated and it is

FURTHER ORDERED that the Scheduling Ordered entered in 05-cv-00374 is vacated and it is

FURTHER ORDERED that the legal issues of coverage and exclusion in the respective insurance policies are expected to be resolved by summary judgment and it is therefore

FURTHER ORDERED that all discovery is stayed and rulings on the motions to dismiss counterclaims under Fed.R.Civ.P. 12(b)(6) are deferred.

DATED: June 24th, 2005.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge