IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00373-RPM
 (Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED
POLICY NO. 0150;
VALLEY FORGE INSURANCE COMPANY, a Pennsylvania insurance company;
ZURICH AMERICAN INSURANCE COMPANY, successor in interest to Zurich
Insurance Company (U.S. Branch),

        Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD. d/b/a O'HARA REGIONAL CENTER
FOR REHABILITATION;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
SOLOMON HEALTH MANAGEMENT, LLC d/b/a SOLOMON HEALTH SERVICES, LLC;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG;
V. ROBERT SALAZAR; and
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. 0150,

        Defendants.

_____

ORDER FOR BRIEFING SCHEDULE
_____

The Court having considered the Unopposed Supplemental Motion to Set Briefing Schedule for the Filing and Briefing of Summary Judgment Motions, filed on July 27, 2005, it is

ORDERED that all motions for summary judgment in Civil Action Nos. 05-cv-00373-RPM and 05-cv-00835-RPM will be filed on or before August 19, 2005;

response briefs will be filed on or before September 19, 2005; and reply briefs will be filed on or before October 17, 2005.

DATED: August 10, 2005.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge