IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00373-RPM
 (Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED POLICY NO. 0150;
VALLEY FORGE INSURANCE COMPANY, a Pennsylvania insurance company;
ZURICH AMERICAN INSURANCE COMPANY, successor in interest to Zurich Insurance Company (U.S. Branch),

       Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
SOLOMON HEALTH MANAGEMENT, LLC d/b/a SOLOMON HEALTH SERVICES, LLC;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG;
V. ROBERT SALAZAR; and
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. 0150,

       Defendants.

_____

ORDER FOR BRIEFING SCHEDULE
_____

    The Court having considered the Stipulated Motion to Amend Briefing Schedule, filed on September 16, 2005, it is

    ORDERED as follows:

        1.    On or before October 11, 2005, the parties to the Lloyd's and Zurich American cases will file supplemental briefs refining their arguments, if necessary, based upon the allegations of the First Amended Complaint.

2. On or before October 31, 2005, the parties to the Lloyd's and Zurich American cases will file their response briefs to the Motions for Summary Judgment, as supplemented by the supplemental briefs.

3. On or before November 18, 2005, the parties to the Lloyd's and Zurich American cases will file their reply briefs.

DATED: September 19, 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge