IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00373-RPM
        (Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
WHO SUBSCRIBED POLICY NO. 150;
VALLEY FORGE INSURANCE COMPANY,
a Pennsylvania insurance company; and
ZURICH AMERICAN INSURANCE COMPANY,
successor in interest to Zurich Insurance Company (U.S. Branch),

        Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD.,
d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION,
a limited partnership;
ORCR, INC.,
d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, INC.,
a corporation;
O'HARA REGIONAL CENTER FOR REHABILITATION, INC.,
business form unknown;
SOLOMON HEALTH MANAGEMENT, LLC,
d/b/a SOLOMON HEALTH SERVICES, LLC,
a limited liability company;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG; and
V. ROBERT SALAZAR, individuals; and
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,
subscribing to Policy No. 0150,

        Defendants.

_____

ORDER FOR STATUS CONFERENCE

_____

The court having determined that because Valley Forge Insurance Company and Zurich

American Insurance Company, successor in interest to Zurich Insurance Company, had no duty to

defend Health Care Management Partners, Ltd., d/b/a O'Hara Regional Center for Rehabilitation, a limited partnership; ORCR, Inc., d/b/a O'Hara Regional Center for Rehabilitation, Inc., a corporation; O'Hara Regional Center for Rehabilitation, Inc., business form unknown; Solomon Health Management, LLC, d/b/a Solomon Health Services, LLC, a limited liability company; Hersch "Ari" Krausz; David Sebbag; and V. Robert Salazar, individuals, in United States of America and the State of Colorado v. Health Care Management Partners, Ltd. (HCMP), d/b/a O'Hara Regional Center for Rehabilitation, a limited partnership; ORCR, Inc., d/b/a O'Hara Regional Center for Rehabilitation, Inc., a corporation; Solomon Health Management, LLC (Solomon) d/b/a Solomon Health Services, LLC, limited liability companies; Hersch "Ari" Krausz; David Sebbag; and V. Robert "Rob" Salazar, Individuals, Civil Action No. 04-cv-02340-REB-BNB, U.S. District Court for the District of Colorado, and these insurers having paid for the costs and expenses to this time for which they seek recovery, it is

ORDERED that a status conference is set for August 25, 2006, at 3:00 p.m. in Courtroom A of the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, to discuss the procedures for adjudicating the claim for recovery of costs and expenses.

DATED: July 20, 2006

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge

2