IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00373-RPM
 (Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED POLICY NO. 0150;
VALLEY FORGE INSURANCE COMPANY, a Pennsylvania insurance company;
ZURICH AMERICAN INSURANCE COMPANY, successor in interest to Zurich Insurance Company (U.S. Branch),

        Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
SOLOMON HEALTH MANAGEMENT, LLC d/b/a SOLOMON HEALTH SERVICES, LLC;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG;
V. ROBERT SALAZAR; and
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. 0150,

        Defendants.
_____

## STAY ORDER
_____

A final judgment having been entered under Fed.R.Civ.P. 54(b) for this Court's ruling on the plaintiffs' claims for declaratory judgment and dismissal of the defendants' counterclaims for bad faith breach of insurance contract, and the defendants having moved for stay of further proceedings on the claims of Valley Forge Insurance Company and Zurich American Insurance Company for recoupment of costs and expenses in the underlying litigation as well as a motion for certification of question of law to the Colorado Supreme Court, the Court finds and concludes that judicial

economy warrants the entry of the stay order, it is now

ORDERED that further proceedings on the recoupment claims are stayed and the motion for certification of question of law is denied.

DATED: August 28th, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge