IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00373-RPM
 (Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED
POLICY NO. 0150;
VALLEY FORGE INSURANCE COMPANY, a Pennsylvania insurance company;
ZURICH AMERICAN INSURANCE COMPANY, successor in interest to Zurich
Insurance Company (U.S. Branch),

        Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD. d/b/a O'HARA REGIONAL
CENTER FOR REHABILITATION;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
SOLOMON HEALTH MANAGEMENT, LLC d/b/a SOLOMON HEALTH SERVICES,
LLC;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG;
V. ROBERT SALAZAR; and
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. 0150,

        Defendants.
_____

ORDER TO RESPOND TO MOTION OF PLAINTIFF VALLEY FORGE INSURANCE
COMPANY
_____

On August 25, 2006 the court granted a motion for findings under Fed.R.Civ.P.

Rule 54(b), permitting an appeal from the declaratory judgment entered in this case and

an order directing entry of final judgment was entered on August 28, 2006.  Notices of

appeal have been filed by the defendants.  This court also granted a motion to stay

further proceedings on the claims of Valley Forge Insurance Company and Zurich

American Insurance Company for recoupment of the attorney fees and defense costs

paid for the defense of the underlying action pursuant to a reservation of rights.  On

September 12, 2006, Valley Forge Insurance Company filed a motion to certify for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) the portion of the July 26, 2006 order determining that Valley Forge and Zurich American Insurance Company may recover those defense costs.  The motion also asked that the stay of further proceedings to determine the amount of such costs should be conditioned on the posting of a bond or other security for the payment of whatever amount is determined to be due and owing.  Because there may be an uncertainty whether the stay order previously entered effects that motion, it is now

ORDERED that the defendants will respond to the Valley Forge motion on or before October 2, 2006.

DATED: September 13th, 2006

BY THE COURT:

s/ Richard P. Marsch
_____
Richard P. Matsch, Senior District Judge