IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00373-RPM
 (Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED
POLICY NO. 0150;
VALLEY FORGE INSURANCE COMPANY, a Pennsylvania insurance company;
ZURICH AMERICAN INSURANCE COMPANY, successor in interest to Zurich
Insurance Company (U.S. Branch),

        Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD. d/b/a O'HARA REGIONAL
CENTER FOR REHABILITATION;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
SOLOMON HEALTH MANAGEMENT, LLC d/b/a SOLOMON HEALTH SERVICES,
LLC;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG;
V. ROBERT SALAZAR; and
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. 0150,

        Defendants.
_____

ORDER CERTIFYING QUESTION OF LAW FOR INTERLOCUTORY APPEAL
PURSUANT TO 28 U.S.C. § 1292(b)
_____

On July 20, 2006, this Court entered an order on the plaintiffs' motions for summary judgment seeking declaratory relief that their respective insurance policies did not provide coverage for claims made against the defendants in Civil Action No. 04-cv-02340-REB-BNB in this court.  Judgment was entered to that effect on July 20, 2006.  Notices of appeal were filed then on August 28, 2006, this Court entered an order directing entry of final judgment pursuant to Rule 54(b).

In its ruling on the motions, the Court also held that because there was no duty to defend, Valley Forge Insurance Company and Zurich American Insurance Company were also entitled to recoupment of their costs in providing a defense pursuant to reservation of rights.  No judgment was entered on that claim because the amount of such costs and expenses have not yet been determined and further proceedings on that question have been stayed pending the appeal.  Those plaintiffs have now filed their motions to certify for interlocutory appeal that portion of the July 20, 2006, order as to recoupment of their defense costs.  Such an order is appropriate because the issue of recoupment is directly related to the Court's declaratory judgment of no coverage.  Accordingly, it is

ORDERED that pursuant to 28 U.S.C. § 1292(b) the question of whether Valley Forge Insurance Company and Zurich American Insurance Company are entitled to recoupment of their costs and expenses in defending pursuant to a reservation of rights is certified to the United States Court of Appeals to be considered with the appeal of the judgment entered pursuant to Rule 54(b).

DATED: November 13th , 2006

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge