IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00373-RPM
 (Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED
POLICY NO. 0150;
VALLEY FORGE INSURANCE COMPANY, a Pennsylvania insurance company;
ZURICH AMERICAN INSURANCE COMPANY, successor in interest to Zurich
Insurance Company (U.S. Branch),

       Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD. d/b/a O'HARA REGIONAL
CENTER FOR REHABILITATION;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
SOLOMON HEALTH MANAGEMENT, LLC d/b/a SOLOMON HEALTH SERVICES, LLC;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG;
V. ROBERT SALAZAR; and
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. 0150,

       Defendants.
_____

ORDER DENYING PLAINTIFFS' MOTION FOR CONDITIONING THIS COURT'S
STAY OF FURTHER PROCEEDINGS ON DEFENDANTS' POSTING OF A BOND
_____

As a part of their motions to certify an interlocutory appeal on the issue of recoupment of defense costs, Valley Forge Insurance Company and Zurich American Insurance Company have moved to condition this Court's previous order staying further proceedings in this matter on the posting of security for the amount of attorneys' fees and costs which may be recovered. Those amounts have not been determined by the Court and will not be determined until after disposition of the pending appeals. No amount of bond can therefore be determined and it is therefore

ORDERED that the motions are denied.

DATED: November 13th , 2006

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge