IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                      Senior District Judge Richard P. Matsch

Date:               October 3, 2008
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki
_____

Civil Action Number 05-cv-00373-RPM
 (Consolidated with 05-cv-00374 and 05-cv-00835)

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON | Katherine Varholak |
| WHO SUBSCRIBED TO POLICY NO. 0150, | J. Robert Hall |
| VALLEY FORGE INSURANCE COMPANY, | Sean Baker |
| a Pennsylvania insurance company; | Craig N. Johnson |
| ZURICH AMERICAN INSURANCE COMPANY, | Kelly Kilgore |
| successor in interest to Zurich Insurance Company (U.S. Branch), | |

        Plaintiffs,

v.

| | |
|---|---|
| HEALTH CARE MANAGEMENT PARTNERS, LTD., | Gregory G. Sapakoff |
| d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, | |
| a limited partnership; | |
| ORCR, INC., | |
| d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, INC., | |
| a corporation, | |
| O'HARA REGIONAL CENTER FOR REHABILITATION, INC., | |
| business form unknown, | |
| SOLOMON HEALTH MANAGEMENT, LLC, | |
| d/b/a SOLOMON HEALTH SERVICES, LLC; limited liability companies, | |
| HERSCH "ARI" KRAUSZ; | |
| DAVID SEBBAG; and | |
| V. ROBERT SALAZAR; individuals, and | T. Jeffrey Fitzgerald |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | |
| subscribing to Policy No. 0150, | |

        Defendants.
_____

                              **COURTROOM MINUTES**
_____

**Conference After Remand**

**2:00 p.m.     Court in session.**

October 3, 2008
05-cv-00373-RPM

Court's preliminary remarks.

2:03 p.m.	Argument by Mr. Hall regarding certification and recoupment issues.

Mr. Hall states the underlying case has settled.
Mr. Hall and Mr. Johnson state they intend to file motions for summary judgment.

Court instructs counsel to not file motions for summary judgment under seal but the exhibits can be sealed and to comply with Local Rule 7.3.

**ORDERED:	Defendants' Renewed Motion for Certification of Question of Law to the Colorado Supreme Court; or for Reconsideration of this Court's Prior Order Denying Defendants' Motion for Certification, filed October 1, 2008 [192], is denied.**

Statements by Mr. Sapakoff.
Statements by Mr. Hall.
Statements by Ms. Varholak.

**ORDERED:	Plaintiffs' have 30 days (November 3, 2008) to file their motions for summary judgment, defendants' responses filed in accordance with the rules.
Plaintiff Lloyd's of London shall be removed from case caption pursuant to 6/18/2008 USCA Order [185].**

**2:20 p.m.	Court in recess.**

Hearing concluded.   Total time: 20 min.