IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number. 05-cv-00373-RPM
(Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED POLICY NO. 0150;
VALLEY FORGE INSURANCE COMPANY, a Pennsylvania insurance company;
ZURICH AMERICAN INSURANCE COMPANY, successor in interest to Zurich Insurance Company (U.S. Branch),

      Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD. d/b/a O.HARA REGIONAL CENTER FOR REHABILITATION; ORCR, INC. d/b/a O.HARA REGIONAL CENTER FOR REHABILITATION; SOLOMON HEATH MANAGEMENT, LLC d/b/a SOLOMON HEALTH SERVICES, LLC; HERSCH .ARI. KRAUSZ; DAVID SEBBAG; V. ROBERT SALAZAR; and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. 0105,

      Defendants.
_____

### ORDER VACATING ORDER FOR CONSOLIDATION
_____

      Upon the present record in these proceedings, it is

      ORDERED that the order for consolidation entered on June 24, 2005, is vacated.  It is

      FURTHER ORDERED that action 05-cv-00373 is closed and it is

      FURTHER ORDERED that future pleadings in the two remaining cases, 05-cv-00374-RPM and 05-cv-00835-RPM, correctly reflect parties in the respective case captions.

      DATED 10th day of April, 2009

                              BY THE COURT

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge