IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number. 05-cv-00373-RPM
(Consolidated with 05-cv-00374 and 05-cv-00835)

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED POLICY NO. 0150;
VALLEY FORGE INSURANCE COMPANY, a Pennsylvania insurance company;
ZURICH AMERICAN INSURANCE COMPANY, successor in interest to Zurich Insurance Company (U.S. Branch),

      Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION;
SOLOMON HEATH MANAGEMENT, LLC d/b/a SOLOMON HEALTH SERVICES, LLC;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG;
V. ROBERT SALAZAR; and
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, subscribing to Policy No. 0105,

      Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

Upon consideration of the Motion of Kasey A. Meyer to Withdraw as Counsel for Lloyd's London Who Subscribed Policy No. 0150 ("Lloyds"), it is

ORDERED that the Motion to Withdraw is GRANTED, Kasey A. Meyer, as counsel for Lloyds, is hereby withdrawn from Civil Action Number 05-cv-00373-RPM (Consolidated with 05-cv-00374 and 05-cv-00835). Accordingly, Ms. Meyer is hereby relieved of all further responsibilities in this matter and her electronic service is terminated.

DATED:   June 5th, 2009.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    Richard P. Matsch, Senior Judge